# Bridgman *v.* Doss, *et al.*

## *Trover.*

(Decided December 18, 1913.   64 South. 173.)

*Appeal and Error; Review; Finding of Court; Presentation.*— Under section 5361, Code 1907, the conclusion and judgment of the court on the evidence, in a trial without a jury, are not reviewable unless the bill of exceptions shows what was the conclusion and judgment of the court on the evidence.

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

Trover by W. H. Bridgman against J. A. Doss and others. Judgment for defendants, and plaintiff appeals. Affirmed.

RAY & COONER, for appellant. Counsel discuss the assignments of error with citation of authority in support of their contention, but it is not deemed necessary to here set them out. They insist that the evidence shows that judgment should have been rendered in favor of plaintiff, and that defendants failed to make out a legal defense, and that the case should be reversed since there is no presumption in favor of the finding of the trial court.—Sec. 5361, Code 1907.

[Bridgeman v. Doss, et al.]

GUNN & POWELL, and BANKHEAD & BANKHEAD, for appellee. The case was tried by the court without a jury, and the bill of exceptions fails to show what the finding and conclusion of the trial court was, and hence, the assignment of error is not sustained, as they relate only to the conclusions and findings of the trial court on the evidence.—Sec. 5361, Code 1907.

WALKER, P; J.—The only assignments of error made relate to the conclusion and judgment on the evidence of the trial court, sitting without a jury. These matters are not subject to review by this court, unless presented for review by a bill of exceptions; and a bill of exceptions does not accomplish this result, unless it shows what the finding or conclusion and judgment of the trial court were.—Code, § 5361; *Williams, Adm'r, v. Woodward Iron Co.,* 106 Ala. 254, 17 South. 517. The provision of the statute which dispenses with the necessity of reserving an exception to the finding of the trial court in order to present it for review does not affect the other requirement of the statute in reference to presenting by bill of exceptions the conclusion and judgment and judgment on the evidence which are sought to be reviewed.—*Alosi v. Birmingham Waterworks Co.,* 1 Ala. App. 630, 55 South. 1029.

The bill of exceptions found in the record now before us sets out the evidence adduced on the trial, but fails to show that there was any conclusion reached or judgment given on that evidence. The result is that nothing which is subject to be reviewed here on appeal is assigned as error. It follows that the judgment must be affirmed.

Affirmed.